UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FRANCISCO ALMONTE GOMEZ,

        *Plaintiff*,   :   Case No.: 19-cv-3143-WFK-LB

        v.   :   **NOTICE OF APPEARANCE**

K. DEW REALTY CORP.

        *Defendant*.
------------------------------------------------------------ X

    **PLEASE TAKE NOTICE**, that Andrew W. Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as an attorney for Defendant K. Dew Realty Corp., and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated:  New York, New York
         July 31, 2019

                                          TANNENBAUM HELPERN
                                          SYRACUSE & HIRSCHTRITT LLP

                                          By:   */s/ Andrew W. Singer*
                                                  Andrew W. Singer

                                          900 Third Avenue
                                          New York, NY 10022
                                          Telephone: (212) 508-6723
                                          Facsimile: (212) 371-1084
                                          singer@thsh.com
                                          *Attorneys for Defendant*

To:    All parties and attorneys of record